In the Matter of GRIDLEY BLDG. CO., INC., v. BENJAMIN B. GINGOLD, as Commissioner of Assessment of the City of Syracuse. (And 34 Other Similar Proceedings.) — Application to dispense with printing separate records

and briefs on appeal and for other relief granted to the extent that by stipulation of the parties the proceedings may be consolidated into one proceeding and the record in such proceeding shall be settled and stipulated by such parties and submitted to this court in the consolidated proceeding.